IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JACLYN D. KONEWAL, :
:
          Plaintiff : CIVIL ACTION
:
v. :
: NO. 06-4203
MICHAEL J. ASTRUE,[1] :
COMMISSIONER OF THE :
SOCIAL SECURITY ADMINISTRATION, :
:
          Defendant :
:

**ORDER**

AND NOW, this 26th day of Jan., 2009, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review and Summary Judgement filed March 4, 2008; upon consideration of Defendant's Response to Request for Review of Plaintiff filed May 7, 2008; and after careful review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin, IT IS ORDERED that:

    1. the Report and Recommendation is APPROVED and ADOPTED;

    2. the relief sought by Plaintiff is DENIED; and

    3. the decision of the Commissioner of Social Security is AFFIRMED.

BY THE COURT:

ROBERT F. KELLY,
United States District Judge

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of the Social Security Administration and, therefore, he should be automatically substituted as the Defendant in this action. See Fed. R. Civ. P. 25(d)(1).